UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

LIZABETH J. AUGUSTINE,

                  Plaintiff,

                - against -

AXA FINANCIAL, INC. d/b/a AXA
EQUITABLE LIFE INSURANCE CO.

                  Defendant.

------------------------------------------------------------- x

Case No. 1:07-cv-8362

### RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>LIZABETH J. AUGUSTINE</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 9/25/07

_____
**Signature of Attorney**

**Attorney Bar Code: RAR-5538**