UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
LIZABETH J. AUGUSTINE,  :  ECF case
                       :
          Plaintiff,   :  Case No. 07 Civ. 8362 (RWS)(DFE)
   - against -         :
                       :  **STIPULATION AND**
AXA FINANCIAL, INC. d/b/a  :  **ORDER EXTENDING**
AXA EQUITABLE LIFE INSURANCE CO.  :  **DEFENDANT'S TIME TO**
                       :  **RESPOND TO COMPLAINT**
          Defendant.   :
------------------------------------------------ x

IT IS HEREBY stipulated and agreed by and between the attorneys for the parties that the time for Defendant AXA Equitable Life Insurance Company (incorrectly named in the caption as "AXA Financial, Inc. d/b/a AXA Equitable Life Insurance Co.") to answer, move or otherwise respond to the complaint herein is extended to and including November 16, 2007. Defendant hereby waives any defense it may otherwise have been able to assert pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(4), or 12(b)(5) based on a lack of personal jurisdiction, insufficiency of process, or insufficiency of service of process. Defendant expressly reserves its right to assert any and all other defenses it may have.

Dated: October 22, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07

**THE ROTH LAW FIRM, PLLC**                **EPSTEIN BECKER & GREEN, P.C.**

By /s/ Richard A. Roth                     By /s/ Dorothy Rosensweig
Richard A. Roth, Esq.                      Dorothy Rosensweig, Esq.
                                           Anna A. Cohen, Esq.

545 Fifth Avenue, Suite 960                250 Park Avenue
New York, NY 10017                         New York, NY 10117
(212) 542-8882                             (212) 351-4500
rich@rrothlaw.com                          drosensweig@ebglaw.com
*Attorneys for Plaintiff*                  acohen@ebglaw.com
                                           *Attorneys for Defendant*

SO ORDERED:

_____
Hon. Robert W. Sweet, U. S. D. J.

10 · 30 - 07