UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

LIZABETH J. AUGUSTINE,                : ECF CASE
:
:
:                                       Case No. 07 Civ. 8362 (RWS)(DFE)
                    Plaintiff,        :
:
        - against -                   :
:                                       NOTICE OF APPEARANCE
:
AXA FINANCIAL, INC. d/b/a             :
AXA EQUITABLE LIFE INSURANCE CO.      :
:
:
                    Defendant.        :
------------------------------------- x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as lead counsel in this case for Defendant AXA Equitable Life Insurance Company (incorrectly named in the caption as "AXA Financial, Inc. d/b/a AXA Equitable Life Insurance Co."). Please serve all papers related to this action on the undersigned.

Dated: New York, New York        EPSTEIN BECKER & GREEN, P.C.
       November 16, 2007


                                 By: *Dorothy Rosensweig* (signature)
                                     Dorothy Rosensweig
                                     250 Park Avenue
                                     New York, New York  10177-1211
                                     (212) 351-4500
                                     Attorneys for Defendant
                                     Drosensweig@ebglaw.com

NY:2211943v1