UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

LIZABETH J. AUGUSTINE,

                    Plaintiff,

- against -

AXA FINANCIAL, INC. d/b/a
AXA EQUITABLE LIFE INSURANCE CO.

                    Defendant.
------------------------------------- x

ECF CASE

Case No. 07 Civ. 8362 (RWS)(DFE)

NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in this case for Defendant AXA Equitable Life Insurance Company (incorrectly named in the caption as "AXA Financial, Inc. d/b/a AXA Equitable Life Insurance Co.").

Dated: New York, New York
       November 16, 2007

EPSTEIN BECKER & GREEN, P.C.

By: _____
    Anna A. Cohen
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
Attorneys for Defendant
acohen@ebglaw.com

NY:2211947v1