UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LIZABETH J. AUGUSTINE,

                    Plaintiff,

- against -

AXA FINANCIAL, INC. d/b/a
AXA EQUITABLE LIFE INSURANCE CO.

                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ECF CASE**

Case No. 07 Civ. 8362 (RWS)(DFE)

**STATEMENT OF CORPORATE DEFENDANT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AXA Equitable Life Insurance Company (incorrectly referenced in the caption as "AXA Financial, Inc., d/b/a AXA Equitable Life Insurance Co."), by its attorneys, Epstein Becker & Green, P.C., provides the following disclosure:

AXA Equitable Life Insurance Company is not a "d/b/a" of AXA Financial Inc. AXA Equitable Life Insurance Company is wholly owned by AXA Financial, Inc. AXA Financial, Inc. is not an issuer of publicly traded equity securities but is an issuer of publicly traded debt securities. AXA Financial, Inc. is indirectly, wholly owned by AXA, a *societe anonyme a directoire et conseil de surveillance* (a form of limited liability company) organized under the laws of the Republic of France. AXA shares are listed on the Paris Stock Exchange

NY:2174815v3

and on the SEAQ International in London. AXA's American Depositary Shares and American Depositary Receipts are listed on the New York Stock Exchange.

Dated: New York, New York
November 16, 2007

                    **EPSTEIN BECKER & GREEN, P.C.**

By: *Dorothy Rosensweig*
     Dorothy Rosensweig, Esq.
     Anna A. Cohen, Esq.

250 Park Avenue
New York, NY 10117
(212) 351-4500
drosensweig@ebglaw.com
acohen@ebglaw.com
Attorneys for Defendants