# DECLARATION OF

# DOROTHY ROSENSWEIG, ESQ.

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LIZBETH J. AUGUSTINE,

        Plaintiff,

   - against -

AXA FINANCIAL, INC. d/b/a
AXA EQUITABLE LIFE INSURANCE CO.

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

Case No. 07 Civ. 8362 (RWS)(DFE)

**DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO RULE 26 (a)(1)**

   Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant AXA Equitable Life Insurance Company (incorrectly referenced in the caption as "AXA Financial, Inc., d/b/a AXA Equitable Life Insurance Co.") (hereinafter "AXA"), by its attorneys Epstein Becker & Green, P.C., hereby submits the following initial disclosures.

**I. Introductory Statement**

   The following disclosures are based upon information reasonably available to AXA as of the date of this disclosure. By making these disclosures, AXA does not represent that it is identifying every document, tangible thing, or witness possibly relevant to this lawsuit, nor does AXA waive any objection that it may have to the use of these disclosures for any purpose at any subsequent stage or proceeding in this or any other action. Rather, AXA has made a good faith effort to identify information subject to the disclosure requirements of Federal Rule of Civil Procedure 26(a)(1). AXA reserves its right to at any time revise, correct, add to or clarify the disclosures set forth herein, consistent with Federal Rule of Civil Procedure 26(e)(1).

NY:2273768v2

II. **Disclosures**

Subject to the above introductory statement, AXA provides the following information:

A. **Persons Who May Have Relevant Information**

The following individuals may have discoverable information that may be used to support Defendant's defenses to Plaintiff's allegations. These individuals may have knowledge concerning, among other things: (i) Plaintiff's job duties, responsibilities, performance and attendance; (ii) Defendant's FMLA leave request policies and procedures; (iii) Defendant's Customer Marketing Group Reorganization and elimination of Plaintiff's position.

- James C. Dennis
- Lisa DeRoche
- Barbara Goodstein
- Jeanne O'Connor
- Cindy Stern
- Lisa Teague
- Carolyn Greene
- David Ippolito

All of the above individuals are current managers/employees of Defendant, and may be contacted through Defendant's counsel.

B. **Documents Categories/Locations**

AXA provides the following general descriptions of categories of documents in its possession, custody, or control that it may use to support its claims and/or defenses. These documents are located in files maintained by AXA:

1. Plaintiff's personnel file;
2. Documents concerning plaintiff's job duties, work performance, attendance, compensation and termination of employment;
3. Policies and procedures relevant to this lawsuit;
4. Documents concerning the Customer Marketing Group Reorganization;

5. Other miscellaneous documents AXA may rely on to support the defenses asserted in its Answer to Plaintiff's Complaint, which are yet to be identified or located.

C. **Damages**

Plaintiff is not entitled to damages. At this time, AXA is not seeking damages, but intends to claim all recoverable attorneys' fees and costs associated with its defense of this lawsuit.

D. **Insurance Agreements**

None.

Dated: New York, New York
       January 9, 2008

                                          EPSTEIN BECKER & GREEN, P.C.


                                          By: *Dorothy Rosensweig*
                                              Dorothy Rosensweig, Esq.
                                              Anna A. Cohen, Esq.

                                          250 Park Avenue
                                          New York, NY 10117
                                          (212) 351-4500
                                          drosensweig@ebglaw.com
                                          acohen@ebglaw.com
                                          Attorneys for Defendants

NY:2273768v2                              - 3 -