# DECLARATION OF
# DOROTHY ROSENSWEIG, ESQ.
# EXHIBIT J

# The Roth Law Firm, PLLC

545 Fifth Avenue, Suite 960
New York, New York 10017
Tel.: (212) 542-8882  Facsimile: (212) 542-8883

April 7, 2008

**Via Electronic Mail**
Dorothy Rosensweig, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, New York 10177

Re:   **Augustine v. AXA Financial, Inc.**

Dear Dotty:

The purpose of this letter is to object to Defendant's designation as "Confidential" certain documents produced in response to Plaintiff's First Request for Production to Defendant. We make this objection prior to making our application to the Court.

On March 12, 2008, Plaintiff's counsel received 3,538 documents on a CD from Defendant's counsel, *all of which were marked "Confidential."* On March 27, 2008, I sent a letter to you detailing which of Defendant's responses were substantively deficient. In addition, that letter addressed Plaintiff's responses which you believed were substantively insufficient. Thereafter, upon further review of Defendant's document production, it appears that Defendant wrongfully marked non-confidential documents as "Confidential."

Specifically, Paragraph three of the Stipulation and Order Governing the Protection and exchange of Confidential Material ("Confidentiality Order"), which was drafted by your firm, provides:

> For purposes of this Order, information considered to be confidential or proprietary includes, but is not limited to: (1) payroll, compensation and personnel records of current and former employees of defendant; (2) business and marketing policies, procedures, plans, and strategies, (3) personnel information or policies; (4) defendant's financial, commercial or other proprietary information not readily available to the general public; and (5) medical records of Plaintiff and/or her daughter Megan McEvoy (collectively "Confidential Material").

Below is a table listing the bates numbers of the documents that are not subject to the Confidentiality Order, and, therefore, were improperly marked "Confidential."

| NO. | BATES NO. |
|-----|-----------|
| 1   | 25        |
| 2   | 26        |
| 3   | 27        |

| | |
|---|---|
| 4 | 38 |
| 5 | 44 |
| 6 | 45 |
| 7 | 122 |
| 8 | 124 |
| 9 | 125 |
| 10 | 440 |
| 11 | 452 |
| 12 | 530 |
| 13 | 533 |
| 14 | 539 |
| 15 | 597 |
| 16 | 598 |
| 17 | 643 |
| 18 | 644 |
| 19 | 645 |
| 20 | 646 |
| 21 | 857 |
| 22 | 873 |
| 23 | 886 |
| 24 | 887 |
| 25 | 888 |
| 26 | 1129 |
| 27 | 1134 |
| 28 | 1206 |
| 29 | 1310 |
| 30 | 1311 |
| 31 | 1828 |
| 32 | 1834 |
| 33 | 2040 |
| 34 | 2088 |
| 35 | 2090 |
| 36 | 2091 |
| 37 | 2153 |
| 38 | 2233 |
| 39 | 3037 |

Please immediately produce to us the above documents with their original bate stamp numbers and without the designation "Confidential." Otherwise, pursuant to the Confidentiality Order, we will apply to the Court.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Betsy K. Silverstine

cc: Anna Cohen, Esq.

# The Roth Law Firm, PLLC

545 Fifth Avenue, Suite 960
New York, New York 10017
Tel.: (212) 542-8882 Facsimile: (212) 542-8883

April 9, 2008

**Via Electronic Mail**
Dorothy Rosensweig, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, New York 10177

Re: **Augustine v. AXA**

Dear Dotty:

I am writing in response to your letter of yesterday.

I. **Plaintiff's Responses to Defendant's Document Requests**

A. **Privilege Log**

| TYPE OF DOCUMENT | NO. OF PAGES | DATE(S) | AUTHOR(S) | ADDRESSEE(S) | SUBJECT | BASIS |
|---|---|---|---|---|---|---|
| Memorandum | 3 | Unknown | Liz Augustine, Betsy Silverstine | N/A | Claims against AXA, timeline, strategy | Attorney-Client; Attorney Work Product |
| Memorandum | 5 | Unknown | Liz Augustine, Betsy Silverstine | N/A | Claims against AXA, strategy, settlement discussion | Attorney-Client; Attorney Work Product |
| Email correspondence | various | various | Richard Roth, Betsy Silverstine | Liz Augustine | Legal claims, strategy, status | Attorney-Client; Attorney Work Product |
| Email correspondence | various | various | Liz Augustine | Richard Roth, Betsy Silverstine | Legal claims, strategy, status | Attorney-Client; Attorney Work Product |

B. <u>Time Limitations.</u>

No responsive documents have been withheld based on time limitations.

C. <u>Document Requests 8, 9 and 45</u>

No responsive documents have been withheld.

D. <u>Document Request 11</u>

Responsive documents have been produced and are bate stamped P215, P216.

E. <u>Document Request 42</u>

Attached are responsive documents, which are bate stamped P266, P267, P268.

II. <u>Additional Documents Wrongfully Marked "Confidential"</u>

| NO. | BATES NO. |
|---|---|
| 40 | 3524-3538 |

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Betsy K. Silverstine

cc: Anna Cohen, Esq.

2