# DECLARATION OF

# DOROTHY ROSENSWEIG, ESQ.

# EXHIBIT K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LIZABETH J. AUGUSTINE,

                             Plaintiff,

        - against -

AXA FINANCIAL, INC. d/b/a
AXA EQUITABLE LIFE INSURANCE CO.

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

Case No. 07 Civ. 8362 (RWS)(DFE)

**AMENDED NOTICE OF DEPOSITION**

       PLEASE TAKE NOTICE THAT pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant AXA Equitable Life Insurance Company (incorrectly named in the caption as "AXA Financial, Inc. d/b/a AXA Equitable Life Insurance Co."), by its attorneys Epstein Becker & Green, P.C., will take the deposition upon oral examination of Plaintiff, Lizabeth J. Augustine, through stenographic means, before an officer or other person authorized to administer oaths, at the offices of Epstein Becker & Green, P.C., 250 Park Avenue, New York, New York 10177, on Thursday, May 29, 2008 at 10:00 a.m.

Dated: New York, New York
       April 10, 2008

                                                EPSTEIN BECKER & GREEN, P.C.

                                                By: *Dorothy Rosensweig*
                                                    Dorothy Rosensweig, Esq.
                                                    Anna A. Cohen, Esq.

                                                    250 Park Avenue
                                                    New York, NY 10117
                                                    (212) 351-4500
                                                    drosensweig@ebglaw.com
                                                    acohen@ebglaw.com
                                                    Attorneys for Defendant

NY:2534297v1