# DECLARATION OF DOROTHY ROSENSWEIG, ESQ.

## EXHIBIT L

| | |
|---|---|
| From: | Betsy Silverstine [Betsy@rrothlaw.com] |
| Sent: | Friday, April 11, 2008 12:58 PM |
| To: | Dorothy Rosensweig; Anna A. Cohen |
| Subject: | Augustine v. AXA |

Dear Dotty and Anna:

We are in receipt of your Amended Notice of Deposition.

This shall confirm that Plaintiff and I are available on Thursday, May 29, 2008 at 10:00 a.m. for the deposition of Plaintiff to take place in your office.

Thank you.

Sincerely,

**Betsy K. Silverstine, Esq.**
**Admitted in New York and Florida.**
The Roth Law Firm, PLLC
545 Fifth Avenue
Suite 960
New York, NY 10017
Tel: 212 542 8882
Fax: 212 542 8883

This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addresse(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.