**DECLARATION OF**

**DOROTHY ROSENSWEIG, ESQ.**

**EXHIBIT N**

**From:** Betsy Silverstine [Betsy@rrothlaw.com]
**Sent:** Monday, May 12, 2008 11:49 AM
**To:** Dorothy Rosensweig
**Cc:** Anna A. Cohen
**Subject:** Augustine v. AXA

Dear Dotty,

I am writing regarding the settlement memorandum I sent to you on May 1, 2008.
I would like to discuss it or move forward with the Amended Complaint and working out issues we have previously talked about pursuant to the confidentiality order.

In addition, I would like to get dates from you to schedule depositions for the following individuals, who I believe are all still employees of AXA:

James C. Dennis
Jeanne O'Connor
Cynthia D. Stern
Lisa A. DeRoche
Bernadette Cantela

Please get in touch with me when you have a moment. Thank you.

Sincerely,

**Betsy K. Silverstine, Esq.**
**Admitted in New York and Florida.**
The Roth Law Firm, PLLC
545 Fifth Avenue
Suite 960
New York, NY 10017
Tel: 212 542 8882
Fax: 212 542 8883

This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.