# DECLARATION OF

# DOROTHY ROSENSWEIG, ESQ.

# EXHIBIT O

From: Richard Roth [Rich@rrothlaw.com]
Sent: Friday, May 23, 2008 2:31 PM
To:    Dorothy Rosensweig

Dear Ms. Rosensweig,

It is unfortunate that you refuse to agree to allow Plaintiff to amend the complaint without court intervention. This is especially true in light of the fact that the amendment is necessitated once we received your discovery. In light of your refusal, the deposition of Lizabeth Augustine will not go forward next week.


Richard A. Roth, Esq.
President
The Roth Law Firm, PLLC
545 Fifth Avenue, Suite 960
New York, New York 10017
Tel:   212-542-8882
Fax:   212-542-8883
Cell:  914-484-5555
www.rrothlaw.com

This electronic mail message contains information that(a)is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and(b)is intended only for the use of the Addressee(s)named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.
Thank you