# DECLARATION OF
# DOROTHY ROSENSWEIG, ESQ.
# EXHIBIT P

| | |
|---|---|
| From: | Betsy Silverstine [Betsy@rrothlaw.com] |
| Sent: | Friday, May 30, 2008 1:19 PM |
| To: | Dorothy Rosensweig |
| Cc: | Anna A. Cohen |
| Subject: | augustine v. axa |

Dear Dotty:

This email is in response to your correspondence of May 22, 2008 in which you set forth availalable deposition dates for the five individuals I named.

Because yesterday we filed a motion to amend the Complaint which is returnable Wednesday, July 2, 2008, we will need to schedule new dates to depose the five individuals after we recieve guidance from the Court on our motion.

Additionally, as I have indicated, we do intend to advise you (by specific bates numbers) which documents of our first production are responsive to particular requests.

Sincerely,

**Betsy K. Silverstine, Esq.**
**Admitted in New York and Florida.**
The Roth Law Firm, PLLC
545 Fifth Avenue
Suite 960
New York, NY 10017
Tel: 212 542 8882
Fax: 212 542 8883

This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addresse(s) named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system.