# DECLARATION OF
# DOROTHY ROSENSWEIG, ESQ.
# EXHIBIT Q

From: Lizabeth J Augustine
Sent: Friday, August 25, 2006 11:38:36 AM
To: Bernadette Cantela
Subject:

Hi - I am working from home today and now I report to Cindy Stern so she is also aware of my schedule.

Next week I am on vacation all week see you in Sept.

Liz

732 671 - 5977
201 232 - 4738

Lizabeth J. Augustine CLU
Manager, Customer Acquisition, Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775
lizabeth.augustine@axa-equitable.com

Confidential

AXA/LA000516