# DECLARATION OF
# DOROTHY ROSENSWEIG, ESQ.
# EXHIBIT R

From: Lizabeth J Augustine
Sent: Tuesday, January 02, 2007 11:04:10 AM
To: Bernadette Cantela
Subject: Re: Attendance - Month of December

Bernadette - Happy New Year!

12/8 wfh
Sick day 12/15 & 12/18.
wfh 12/22 12/26 12/27

You may want to check with Cindy Stern regarding my attendance - I filled out the FML forms - I submitted to HR however they have not been signed by a manager as yet.

Let me know if you have any questions.

Thanks

Liz

Lizabeth J. Augustine CLU
Manager, Customer Acquisition, Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775
lizabeth.augustine@axa-equitable.com

Confidential