# DECLARATION OF

# DOROTHY ROSENSWEIG, ESQ.

# EXHIBIT U

AXA Financial
Report ID: AXHRR016                    Human Resource Administration                    Page No.  4
                                                                                        Run Date 11/17/2006
                          Absence Report by Department for 1/1/2006 to 11/14/2006       Run Time 10:09:07

Name:              AUGUSTINE,LIZABETH J                    Organization:    41100
Employee ID:       E05107                                  Description:     Leads Generation

PTO at the Beginning of the Year:      2.40                Accrual Rate:              2.00
PTO Accrued:                          22.00
PTO Used:                             29.50
PTO Unapproved:                        0.00
PTO Adjusted:                          0.00

Current Balance                        5.10-

| Effective Date | Absence Code | Absence Description |
|---|---|---|
| 01/04/2006 | 33 | Worked from Home |
| 01/11/2006 | 33 | Worked from Home |
| 01/13/2006 | 13 | Half Day PTO |
| 01/17/2006 | 13 | Half Day PTO |
| 01/18/2006 | 01 | Sick |
| 01/30/2006 | 05 | PTO Day |
| 02/01/2006 | 33 | Worked from Home |
| 02/03/2006 | 05 | PTO Day |
| 02/08/2006 | 33 | Worked from Home |
| 02/15/2006 | 33 | Worked from Home |
| 02/16/2006 | 13 | Half Day PTO |
| 02/21/2006 | 01 | Sick |
| 03/01/2006 | 33 | Worked from Home |
| 03/08/2006 | 33 | Worked from Home |
| 03/15/2006 | 33 | Worked from Home |
| 03/22/2006 | 33 | Worked from Home |
| 03/23/2006 | 05 | PTO Day |
| 03/24/2006 | 05 | PTO Day |
| 03/27/2006 | 05 | PTO Day |
| 03/28/2006 | 05 | PTO Day |
| 03/29/2006 | 05 | PTO Day |
| 03/30/2006 | 05 | PTO Day |
| 03/31/2006 | 05 | PTO Day |
| 04/03/2006 | 01 | Sick |
| 04/05/2006 | 33 | Worked from Home |
| 04/07/2006 | 01 | Sick |
| 04/12/2006 | 33 | Worked from Home |
| 04/20/2006 | 33 | Worked from Home |
| 04/26/2006 | 33 | Worked from Home |
| 05/12/2006 | 33 | Worked from Home |
| 05/15/2006 | 18 | Business related Class/Seminar/Meeting |
| 05/16/2006 | 18 | Business related Class/Seminar/Meeting |
| 05/17/2006 | 18 | Business related Class/Seminar/Meeting |
| 05/18/2006 | 18 | Business related Class/Seminar/Meeting |
| 05/19/2006 | 18 | Business related Class/Seminar/Meeting |
| 05/25/2006 | 33 | Worked from Home |
| 06/01/2006 | 33 | Worked from Home |
| 06/08/2006 | 33 | Worked from Home |
| 06/09/2006 | 05 | PTO Day |
| 06/12/2006 | 05 | PTO Day |
| 06/13/2006 | 05 | PTO Day |
| 06/14/2006 | 05 | PTO Day |
| 06/15/2006 | 05 | PTO Day |
| 06/20/2006 | 05 | PTO Day |
| 06/21/2006 | 05 | PTO Day |
| 06/23/2006 | 13 | Half Day PTO |
| 06/29/2006 | 33 | Worked from Home |
| 07/06/2006 | 33 | Worked from Home |
| 07/07/2006 | 33 | Worked from Home |
| 07/13/2006 | 33 | Worked from Home |
| 07/20/2006 | 33 | Worked from Home |
| 07/27/2006 | 33 | Worked from Home |

Report ID:  AXHRR016

AXA Financial
Human Resource Administration

Absence Report by Department for 1/1/2006 to 11/14/2006

Page No.  5
Run Date 11/17/2006
Run Time 10:09:07

| Effective Date | Absence Code | Absence Description |
|---|---|---|
| 08/03/2006 | 33 | Worked from Home |
| 08/10/2006 | 33 | Worked from Home |
| 08/18/2006 | 33 | Worked from Home |
| 08/22/2006 | 13 | Half Day PTO |
| 08/25/2006 | 33 | Worked from Home |
| 08/28/2006 | 05 | PTO Day |
| 08/29/2006 | 05 | PTO Day |
| 08/30/2006 | 05 | PTO Day |
| 08/31/2006 | 05 | PTO Day |
| 09/01/2006 | 05 | PTO Day |
| 09/05/2006 | 05 | PTO Day |
| 09/06/2006 | 33 | Worked from Home |
| 09/12/2006 | 33 | Worked from Home |
| 09/19/2006 | 33 | Worked from Home |
| 09/26/2006 | 33 | Worked from Home |
| 10/03/2006 | 33 | Worked from Home |
| 10/10/2006 | 13 | Half Day PTO |
| 10/13/2006 | 13 | Half Day PTO |
| 10/17/2006 | 33 | Worked from Home |
| 10/24/2006 | 33 | Worked from Home |
| 10/31/2006 | 05 | PTO Day |
| 11/06/2006 | 05 | PTO Day |
| 11/07/2006 | 05 | PTO Day |
| 11/10/2006 | 05 | PTO Day |

```
                              AXA Financial
Report ID:  AXHRR016        Human Resource Administration              Page No.   4
                                                                       Run Date 01/23/2007
              Absence Report by Department for 1/1/2006 to 12/31/2006  Run Time 09:05:38
```

| | | | | |
|---|---|---|---|---|
| Name: | AUGUSTINE,LIZABETH J | | Organization: | 41100 |
| Employee ID: | E05107 | | Description: | Leads Generation |

| | | | |
|---|---|---|---|
| PTO at the Beginning of the Year: | 2.40 | Accrual Rate: | 2.00 |
| PTO Accrued: | 24.00 | | |
| PTO Used: | 30.50 | | |
| PTO Unapproved: | 0.00 | | |
| PTO Adjusted: | 0.00 | | |

| | | |
|---|---|---|
| **Current Balance** | 4.10- | |

| Effective Date | Absence Code | Absence Description |
|---|---|---|
| 01/04/2006 | 33 | Worked from Home |
| 01/11/2006 | 33 | Worked from Home |
| 01/13/2006 | 13 | Half Day PTO |
| 01/17/2006 | 13 | Half Day PTO |
| 01/18/2006 | 01 | Sick |
| 01/30/2006 | 05 | PTO Day |
| 02/01/2006 | 33 | Worked from Home |
| 02/03/2006 | 05 | PTO Day |
| 02/08/2006 | 33 | Worked from Home |
| 02/15/2006 | 33 | Worked from Home |
| 02/16/2006 | 13 | Half Day PTO |
| 02/21/2006 | 01 | Sick |
| 03/01/2006 | 33 | Worked from Home |
| 03/08/2006 | 33 | Worked from Home |
| 03/15/2006 | 33 | Worked from Home |
| 03/22/2006 | 33 | Worked from Home |
| 03/23/2006 | 05 | PTO Day |
| 03/24/2006 | 05 | PTO Day |
| 03/27/2006 | 05 | PTO Day |
| 03/28/2006 | 05 | PTO Day |
| 03/29/2006 | 05 | PTO Day |
| 03/30/2006 | 05 | PTO Day |
| 03/31/2006 | 05 | PTO Day |
| 04/03/2006 | 01 | Sick |
| 04/05/2006 | 33 | Worked from Home |
| 04/07/2006 | 01 | Sick |
| 04/12/2006 | 33 | Worked from Home |
| 04/20/2006 | 33 | Worked from Home |
| 04/26/2006 | 33 | Worked from Home |
| 05/12/2006 | 33 | Worked from Home |
| 05/15/2006 | 18 | Business related Class/Seminar/Meeting |
| 05/16/2006 | 18 | Business related Class/Seminar/Meeting |
| 05/17/2006 | 18 | Business related Class/Seminar/Meeting |
| 05/18/2006 | 18 | Business related Class/Seminar/Meeting |
| 05/19/2006 | 18 | Business related Class/Seminar/Meeting |
| 05/25/2006 | 33 | Worked from Home |
| 06/01/2006 | 33 | Worked from Home |
| 06/08/2006 | 33 | Worked from Home |
| 06/09/2006 | 05 | PTO Day |
| 06/12/2006 | 05 | PTO Day |
| 06/13/2006 | 05 | PTO Day |
| 06/14/2006 | 05 | PTO Day |
| 06/15/2006 | 05 | PTO Day |
| 06/20/2006 | 05 | PTO Day |
| 06/21/2006 | 05 | PTO Day |
| 06/23/2006 | 13 | Half Day PTO |
| 06/29/2006 | 33 | Worked from Home |
| 07/06/2006 | 33 | Worked from Home |
| 07/07/2006 | 33 | Worked from Home |
| 07/13/2006 | 33 | Worked from Home |
| 07/20/2006 | 33 | Worked from Home |
| 07/27/2006 | 33 | Worked from Home |

Report ID: AXHRR016

AXA Financial
Human Resource Administration

Absence Report by Department for 1/1/2006 to 12/31/2006

Page No.  5
Run Date 01/23/2007
Run Time 09:05:38

| Effective Date | Absence Code | Absence Description |
|---|---|---|
| 08/03/2006 | 33 | Worked from Home |
| 08/10/2006 | 33 | Worked from Home |
| 08/18/2006 | 33 | Worked from Home |
| 08/22/2006 | 13 | Half Day PTO |
| 08/25/2006 | 33 | Worked from Home |
| 08/28/2006 | 05 | PTO Day |
| 08/29/2006 | 05 | PTO Day |
| 08/30/2006 | 05 | PTO Day |
| 08/31/2006 | 05 | PTO Day |
| 09/01/2006 | 05 | PTO Day |
| 09/05/2006 | 05 | PTO Day |
| 09/06/2006 | 33 | Worked from Home |
| 09/12/2006 | 33 | Worked from Home |
| 09/19/2006 | 33 | Worked from Home |
| 09/26/2006 | 33 | Worked from Home |
| 10/03/2006 | 33 | Worked from Home |
| 10/10/2006 | 13 | Half Day PTO |
| 10/13/2006 | 13 | Half Day PTO |
| 10/17/2006 | 33 | Worked from Home |
| 10/24/2006 | 33 | Worked from Home |
| 10/31/2006 | 05 | PTO Day |
| 11/06/2006 | 05 | PTO Day |
| 11/07/2006 | 05 | PTO Day |
| 11/10/2006 | 05 | PTO Day |
| 11/14/2006 | 05 | PTO Day |
| 11/21/2006 | 33 | Worked from Home |
| 11/22/2006 | 08 | Other Absence without Pay |
| 11/30/2006 | 33 | Worked from Home |
| 12/08/2006 | 33 | Worked from Home |
| 12/15/2006 | 01 | Sick |
| 12/18/2006 | 01 | Sick |
| 12/22/2006 | 33 | Worked from Home |
| 12/26/2006 | 33 | Worked from Home |
| 12/27/2006 | 33 | Worked from Home |