# DECLARATION OF
# DOROTHY ROSENSWEIG, ESQ.
# EXHIBIT V



**Cynthia D Stern**
cynthia.stern
@axa-financial.com

12/04/2006 04:39 PM

To: Lizabeth J Augustine/NY/AXA-Financial/Equitable@AXA-Equitable
cc:
Subject: Year-End Performance Reviews -- Self-Assessment Segment

Can you update your performance review form by Friday? Include the work you did for RIFL, the tax guide and getting the bulletin board updated. Thanks.

Cindy Stern
Customer Retention & Cross-Sales
Customer Marketing Group
AXA Equitable
1290 Ave. of the Americas, 7th Floor
New York, NY 10104

Phone: 212-314-2906
Fax: 212-707-7478

----- Forwarded by Cynthia D Stern/NY/AXA-Financial/Equitable on 12/04/2006 04:37 PM -----



**Jeanne O'Connor**
Jeanne_O'Connor
@mony.com

11/30/2006 05:54 PM

To: Cynthia D Stern/NY/AXA-Financial/Equitable@AXA-Equitable, Melanie Schutt/NY/AXA-Financial/Equitable@AXA-Equitable, Janet Farina/NY/AXA-Financial/Equitable@AXA-Equitable, Maud Suarez/NY/AXA-Financial/Equitable@AXA-Equitable
cc:
Subject: Year-End Performance Reviews -- Self-Assessment Segment

Hi All:
Staff year-end self-assessments are due to managers by 12/8. Please forward me your updated performance review form (same performance review form that has your goals, this is just filling out another section) with any comments you may have regarding your '06 accomplishments/progress. Please ask your people to do the same and forward to you, also by 12/8. Actual '06 sharing of ratings won't be for quite awhile; this is just the next step in the year-end review process. Let me know if questions. Thanks.
Jeanne O'Connor
VP, Customer Acquisition, Cross-Sales & Retention
Customer Marketing Group
AXA Equitable/1290 Ave. of the Americas, 7th fl./New York, NY 10104
Phone: (212) 314-2955/Fax: (212) 707-7775
jeanne_o'connor@mony.com