**DECLARATION OF**

**JEANNE O'CONNOR**

**EXHIBIT A**

From: Lizabeth J Augustine
Sent: Wednesday, June 07, 2006 4:11:35 PM
To: Jeanne O'Connor
Subject: Tomorrow

Jeanne

I will work from home tomorrow.

732 566 - 8374
201 232 - 4738

Thanks

Lizabeth J. Augustine CLU
Manager, Customer Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775
lizabeth.augustine@axa-equitable.com

From: Lizabeth J Augustine
Sent: Thursday, June 08, 2006 1:41:21 PM
To: Jeanne O'Connor
Subject: Re: Opening Interview Guide

Fine - Karen is sending me info.

Also, Jeanne the reason I am being conference in to the call for the fact finders is next Wed. afternoon is Megan's Kindergarten graduation and I will work from home Wed. instead of Thursday as I had mentioned. To clarify further - this meeting is an AXA Advisors initiative for an NASD regulatory response that is why you and I are included.

Thanks

Lizabeth J. Augustine CLU
Manager, Customer Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775
lizabeth.augustine@axa-equitable.com


        Jeanne O'Connor
        Jeanne_O'Connor
@mony.com
        06/08/2006 12:23 PM

                To: Lizabeth J Augustine/NY/AXA-Financial/Equitable@AXA-Equitable
                cc:
                Subject: Opening Interview Guide


Liz:
Got a call from Karen Most that this piece needs updating. She will be sending you the info. Please handle. Thanks.
Jeanne O'Connor
VP, Customer Retention & Cross-Sales
Customer Marketing Group
AXA Equitable/1290 Ave. of the Americas, 7th fl./New York, NY 10104
Phone: (212) 314-2955/Fax: (212) 707-7775
jeanne.o'connor@axa-equitable.com

Confidential

AXA/LA001755

From: Lizabeth J Augustine
Sent: Monday, July 10, 2006 12:19:36 PM
To: Bernadette Cantela
Subject: Re: Attendance - Weeks of June 26, July 3

Bernadette - going forward the only note I will send to you is the day I work from home (unless PTO etc.) - I plan to send you and Jeanne an e-mail on that day each week for reporting in that day. I worked from home Thursday June 29th & Thursday July 7th.

Lizabeth J. Augustine CLU
Manager, Customer Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775
lizabeth.augustine@axa-equitable.com


       Bernadette Cantela
       Bernadette.Cantela
@axa-equitable.com
       07/10/2006 11:44 AM

             To: Attendance
             cc:
             Subject: Attendance - Weeks of June 26, July 3


Please send me a note only if you were out of the office during the weeks of June 26 thru 30 and July 3 thru 7. Identify each absence as either vacation-pto, sick, jury duty, company business, etc.

Thank you

Bernadette Cantela
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: 212 314-2458
Fax: 212 314-2199
bernadette.cantela@axa-equitable.com

Confidential

AXA/LA000506

From: Lizabeth J Augustine
Sent: Wednesday, July 12, 2006 9:38:17 PM
To: Jeanne O'Connor
CC: Bernadette Cantela
Subject:

I am working from home Thursday 7/13/06.
732 566 - 8374
201 232 - 4738

Lizabeth J. Augustine CLU
Manager, Customer Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775
lizabeth.augustine@axa-equitable.com

Confidential

AXA/LA000509

AXA/LA001939

From: Lizabeth J Augustine
Sent: Thursday, July 20, 2006 9:19:11 AM
To: Jeanne O'Connor
CC: Bernadette Cantela
Subject:

I am working from home today.

732 566 - 8374
201 232 - 4738

Lizabeth J. Augustine CLU
Manager, Customer Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775
lizabeth.augustine@axa-equitable.com

Confidential

From: Lizabeth J Augustine
Sent: Thursday, June 29, 2006 10:00:00 AM
To: Jeanne O'Connor
CC: Bernadette Cantela
Subject:

Attendance - I am working from home today.

732 566 - 8374
201 232 - 4738

Lizabeth J. Augustine CLU
Manager, Customer Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775
lizabeth.augustine@axa-equitable.com

Confidential

AXA/LA000517

From: Lizabeth J Augustine
Sent: Thursday, July 27, 2006 9:35:34 AM
To: Jeanne O'Connor
CC: Bernadette Cantela
Subject:

I am working from home.

732 566 - 8374
201 232 - 4738

Lizabeth J. Augustine CLU
Manager, Customer Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775
lizabeth.augustine@axa-equitable.com

Confidential

AXA/LA001998

From: Lizabeth J Augustine
Sent: Thursday, August 10, 2006 9:27:05 AM
To: Jeanne O'Connor
CC: Bernadette Cantela
Subject:

I am working from home today - 732 566 - 8374.

Lizabeth J. Augustine CLU
Manager, Customer Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775
lizabeth.augustine@axa-equitable.com

Confidential

From: Lizabeth J Augustine
Sent: Friday, August 18, 2006 11:01:03 AM
To: Bernadette Cantela
CC: Jeanne O'Connor
Subject:

I am working from home today.

I moved this week so my new home number is 732 671 - 5977.
Cell 201 232 - 4738.

Liz


Lizabeth J. Augustine CLU
Manager, Customer Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775
lizabeth.augustine@axa-equitable.com

Confidential

AXA/LA002039