# DECLARATION OF

# JEANNE O'CONNOR

# EXHIBIT B

From: Jeanne O'Connor
Sent: Tuesday, May 23, 2006 9:10:54 AM
To: Cynthia D Stern; Lizabeth J Augustine
Subject: HR Form on Flexible/Alternative Work Schedules

Hi:
Did Bev recently have you fill one of these out?  There was a recent request
from HR on this to document all staff schedules.  Thx.
Jeanne O'Connor
VP, Customer Retention & Cross-Sales
Customer Marketing Group
AXA Equitable/1290 Ave. of the Americas, 7th fl./New York, NY 10104
Phone: (212) 314-2955/Fax: (212) 707-7775
jeanne.o'connor@axa-equitable.com

Confidential

From: Cynthia D Stern
Sent: Tuesday, May 23, 2006 9:13:56 AM
To: Jeanne O'Connor
Subject: Re: HR Form on Flexible/Alternative Work Schedules

Bev had filled one out a couple of weeks ago.

Cindy Stern
AXA Equitable
Customer Retention & Cross-Sales
Customer Marketing Group

Phone: 212-314-2906
Fax: 212-707-7478


        Jeanne O'Connor
        Jeanne_O'Connor
@mony.com
        05/23/2006 09:10 AM

                To: Cynthia D Stern/NY/AXA-Financial/Equitable@AXA-Equitable,
Lizabeth J
Augustine/NY/AXA-Financial/Equitable@AXA-Equitable
                cc:
                Subject: HR Form on Flexible/Alternative Work Schedules


Hi:
Did Bev recently have you fill one of these out?  There was a recent request
from HR on this to document all staff schedules.  Thx.
Jeanne O'Connor
VP, Customer Retention & Cross-Sales
Customer Marketing Group
AXA Equitable/1290 Ave. of the Americas, 7th fl./New York, NY 10104
Phone: (212) 314-2955/Fax: (212) 707-7775
jeanne.o'connor@axa-equitable.com

Confidential                                                                    AXA/LA001716

From: Lizabeth J Augustine
Sent: Tuesday, May 23, 2006 10:08:58 AM
To: Jeanne O'Connor
CC: Cynthia D Stern
Subject: Re: HR Form on Flexible/Alternative Work Schedules

Jeanne

The last time I filled out any HR forms was approx. 14 months ago. It has
always been documented that I work from home on Wed. (of course as we
discussed I can be flexible on the day of the week as needed and will
complete any forms required.)

Liz


        Jeanne O'Connor
        Jeanne_O'Connor
@mony.com
        05/23/2006 09:10 AM


                To: Cynthia D Stern/NY/AXA-Financial/Equitable@AXA-Equitable,
Lizabeth J
Augustine/NY/AXA-Financial/Equitable@AXA-Equitable
                cc:
                Subject: HR Form on Flexible/Alternative Work Schedules


Hi:
Did Bev recently have you fill one of these out?  There was a recent request
from HR on this to document all staff schedules.  Thx.
Jeanne O'Connor
VP, Customer Retention & Cross-Sales
Customer Marketing Group
AXA Equitable/1290 Ave. of the Americas, 7th fl./New York, NY 10104
Phone: (212) 314-2955/Fax: (212) 707-7775
jeanne.o'connor@axa-equitable.com

AXA/LA001717

From: Jeanne O'Connor
Sent: Tuesday, May 23, 2006 10:12:39 AM
To: Lizabeth J Augustine
CC: Cynthia D Stern
Subject: Re: HR Form on Flexible/Alternative Work Schedules

It's a recent HR request having to do with the Kip concern about people's
hours/post 9:00 a.m. swipes.   I will follow up with Lisa Deroche to get a
copy of the form as I didn't keep it since it didn't pertain to my former
unit.
Jeanne


        Lizabeth J Augustine
        05/23/2006 10:08 AM

                To: Jeanne O'Connor/Distribution Communication/MONY@AXA-EQUITABLE
                cc: Cynthia D Stern/NY/AXA-Financial/Equitable@AXA-Equitable
                Subject: Re: HR Form on Flexible/Alternative Work Schedules

Jeanne

The last time I filled out any HR forms was approx. 14 months ago. It has
always been documented that I work from home on Wed. (of course as we
discussed I can be flexible on the day of the week as needed and will
complete any forms required.)

Liz


        Jeanne O'Connor
        Jeanne_O'Connor
@mony.com
        05/23/2006 09:10 AM

                To: Cynthia D Stern/NY/AXA-Financial/Equitable@AXA-Equitable,
Lizabeth J
Augustine/NY/AXA-Financial/Equitable@AXA-Equitable
                cc:
                Subject: HR Form on Flexible/Alternative Work Schedules


Hi:
Did Bev recently have you fill one of these out?  There was a recent request
from HR on this to document all staff schedules.  Thx.
Jeanne O'Connor
VP, Customer Retention & Cross-Sales
Customer Marketing Group
AXA Equitable/1290 Ave. of the Americas, 7th fl./New York, NY 10104
Phone: (212) 314-2955/Fax: (212) 707-7775
jeanne.o'connor@axa-equitable.com

AXA/LA001718

From: Lizabeth J Augustine
Sent: Tuesday, May 23, 2006 10:13:21 AM
To: Jeanne O'Connor
Subject: Re: 1:1s

1:1 - Tuesday at 11AM.

Thanks

Confidential                                                                 AXA/LA001719

From: Jeanne O'Connor
Sent: Tuesday, May 23, 2006 10:19:22 AM
To: Lizabeth J Augustine
CC: Cynthia D Stern
Subject: Re: Flex Schedule Form

Liz:
Please complete the forms below and return to me.  Cindy: please forward the
forms you had recently provided to Bev.  Thanks.
Jeanne O'Connor
VP, Customer Retention & Cross-Sales
Customer Marketing Group
AXA Equitable/1290 Ave. of the Americas, 7th fl./New York, NY 10104
Phone: (212) 314-2955/Fax: (212) 707-7775
jeanne.o'connor@axa-equitable.com
----- Forwarded by Jeanne O'Connor/Distribution Communication/MONY on
05/23/2006 10:18 AM -----

        Lisa DeRoche
        05/23/2006 10:16 AM

                To: Jeanne O'Connor/Distribution Communication/MONY@AXA-EQUITABLE
                cc:
                Subject: Re: Flex Schedule Form


Lisa A. DeRoche
HR Relationship Manager
212-314-2810 Phone
212-707-1675 Fax
lisa.deroche@axa-equitable.com



        Jeanne O'Connor
        Jeanne_O'Connor
@mony.com
        05/23/2006 10:14 AM

                To: Lisa DeRoche/NY/AXA-Financial/Equitable@Axa-Equitable
                cc:
                Subject: Flex Schedule Form


Lisa:
Can you pls. resend this email as it now pertains to 2 members of my team.
Thanks.
Jeanne O'Connor
VP, Customer Retention & Cross-Sales
Customer Marketing Group
AXA Equitable/1290 Ave. of the Americas, 7th fl./New York, NY 10104
Phone: (212) 314-2955/Fax: (212) 707-7775
jeanne.o'connor@axa-equitable.com

Confidential

## Flexible Work Arrangement Summary
## Non-Sales Positions
## Highlights as of Today's date

**Today's Date:** _____          **EMC Member:** _____

**Employee Name:** _____          **Department:** _____

**Manager Name:** _____

For the purposes of this document, a flexible work arrangement is any agreement that allows an employee to work in a manner that departs from the traditional core hours of 9 – 5 p.m., five days a week in a designated AXA Equitable office location.

<u>Flexible Work Arrangement</u> (Check all that apply)

_____ 1. Part-time or Reduced Work Week (scheduled to work less then 36.25 hours per week)

2. Staggered Hours:
_____  a. Late starting time: after 9 a.m./Part-time (scheduled to work <u>less</u> than 36.25 hours per week)

_____  b. Late starting time/Full-time: arrives <u>after</u> 9 am and is scheduled to depart later than core hours (scheduled to work <u>at least</u> 36.25 hours per week)

_____  c. Early starting time/Full-time: arrives <u>before</u> 9 am and is scheduled to depart earlier than core hours (scheduled to work <u>at least</u> 36.25 hours per week)

_____  d. Early starting time/Part-time: arrives <u>before</u> 9 am and is scheduled to depart earlier than core hours (scheduled to work <u>less</u> than 36.25 hours per week)

_____ 3. Floating Hours: Employees that are scheduled to work 8 hours a day but are given flexibility to arrive at work after 9 am and make up their hours at the end of the traditional work day.

_____ 4. Telecommuting: (Certain days employee is scheduled to work out of the office)

_____ 5. Condensed work week (scheduled to work at least 36.25 hours per week in less than 5 work days)

_____ 6. Job Sharing: an individual who is working part-time and sharing a full-time position with another part-time employee

_____ 7. Other: Please explain any arrangement other than those noted above.
    _____
    _____
    _____

Please indicate whether the above arrangement is in writing.  YES_____   NO _____

Please indicate the approximate date that this arrangement was agreed upon. _____

Please indicate whether the above individual is on a Transitional Leave (leave following a FMLA or Disability leave)
        YES_____   NO _____

Please indicate whether the above arrangement is expected to be a temporary arrangement.  YES_____   NO _____
    If yes, please indicate for how long. _____

*The above is a summary and is not intended to fully detail the arrangements.  Arrangements are subject to change*

                                                    AXA/LA001721

*at any time, at management's discretion.*

Confidential

AXA/LA001722

Flexible Work Arrangement Summary
As of April 20, 2006

For the purposes of this document, a flexible work arrangement is any agreement that allows an employee to work in a manner that departs from the traditional core hours of 9 – 5 p.m., five days a week in a designated AXA Equitable office location.

Please indicate all arrangements that apply to respective employee. The Staggered Hours column has a drop down menu for 4 Flextime options. Definitions are on second tab of this spreadsheet.

Today's Date:

| Employee's Name | Manager's Name | EMC Member | Department | Flexible Work Arrangements (check all that apply with an X) | | | | | | | Date Begin w/ing? | Is Date Begin w/ing? Yes/No | Transition Leave? Yes/No | Temp Arising? Yes/No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1. Reduced Workweek/Workweek | 2. Staggered Hours | 3. Floating Hours | 4. Tele-commuting | 5. Condensed workweek | 6. Job Sharing | 7. Other Pls Explain | | | | |
| | | | | | | | | | | | | | | |

The above is a summary and is not intended to fully detail the arrangements. Arrangements are subject to change at any time, at management's discretion.

Confidential

AXA/LA001723

## Flexible Work Arrangements Definitions

1. Part-time or Reduced Work Week (scheduled to work less then 36.25 hours per week)

2. Staggered Hours:

    a. Late starting time: after 9 a.m./Part-time (scheduled to work less than 36.25 hours per week)
    b. Late starting time/Full-time: arrives after 9 am and is scheduled to depart later than core hours (scheduled to work at least 36.25 hours per week)
    c. Early starting time/Full-time: arrives before 9 am and is scheduled to depart earlier than core hours  (scheduled to work at least 36.25 hours per week)
    d. Early starting time/Part-time: arrives before 9 am and is scheduled to depart earlier than core hours  (scheduled to work less than 36.25 hours per week)

3. Floating Hours: Employees that are scheduled to work 8 hours a day but are given flexibility to arrive at work after 9 am and make up their hours
    at the end of the traditional work day.

4. Telecommuting: (Certain days employee is scheduled to work out of the office)

5. Condensed work week (scheduled to work at least 36.25 hours per week in less than 5 work days)

6. Job Sharing: an individual who is working part-time and sharing a full-time position with another part-time employee

7. Other: Please explain any arrangement other than those noted above.

Confidential

AXA/LA001724