# DECLARATION OF JEANNE O'CONNOR

# EXHIBIT C

From: Jeanne O'Connor
Sent: Wednesday, August 23, 2006 3:34:25 PM
To: Lizabeth J Augustine
Subject: Re:

Hi Liz:
Stop by if you have anything you want/need to discuss, otherwise I'll defer to Cindy from now on to have 1:1s with you...you won't need to be having meetings with both of us. Hope all is OK at home, too.
Jeanne O'Connor
VP, Customer Acquisition, Cross-Sales & Retention
Customer Marketing Group
AXA Equitable/1290 Ave. of the Americas, 7th fl./New York, NY 10104
Phone: (212) 314-2955/Fax: (212) 707-7775
jeanne_o'connor@mony.com


            Lizabeth J Augustine
            08/23/2006 03:23 PM
                    To: Jeanne O'Connor/Distribution Communication/MONY@AXA-EQUITABLE
                    cc:
                    Subject:

Jeanne let me know if you want to do 1:1 today or tomorrow - I will be on vacation next week.

Liz

Lizabeth J. Augustine CLU
Manager, Customer Acquisition, Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775
lizabeth.augustine@axa-equitable.com

Confidential                                                                              AXA/LA002061