# DECLARATION OF JEANNE O'CONNOR

## EXHIBIT E

From: Jeanne O'Connor
Sent: Monday, August 14, 2006 5:47:53 PM
To: Jeanne O'Connor
CC: Chris Marlowe; Cynthia D Stern; Deborah Stewart; Janet Farina; Lizabeth J Augustine; MaryEllen Keenan; Maud Suarez; Melanie Schutt; Molly E Jenkins; Susan F Cheung
Subject: Re: A Couple of Reminders...Addendum

Just a point of clarification, you need only request PTO of your direct supervisor. Thanks.
Jeanne O'Connor
VP, Customer Acquisition, Cross-Sales & Retention
Customer Marketing Group
AXA Equitable/1290 Ave. of the Americas, 7th fl./New York, NY 10104
Phone: (212) 314-2955/Fax: (212) 707-7775
jeanne_o'connor@mony.com


       Jeanne O'Connor
       08/14/2006 11:50 AM
           To: CAR&CS
           cc:
           Subject: A Couple of Reminders...

1. Vacation request policy: please send me an email requesting your dates; once approved, please post them on our shared group calendar (not on the IMCG Management calendar); as you know, there will be no carryover permitted from '06 into '07, so plan ahead...
\\Snj1afsfs15\imcg$\CACSR Calendar

2. Weekly project update reports for the prior week should be updated by close of business each Monday. To facilitate identification of any changes to the prior week, please simply underline new additions/changes. This will be helpful when we are reviewing with Stacy's team so we don't have to go through each item, as many will remain unchanged from week to week.

Molly: can you please be our point person to manage this on an ongoing basis to make sure each person has entered their updated information by close of business Monday, to make sure the report doesn't have errors or duplication (e.g., there was a good deal of text with strikethrough in a prior week, headers were carrying over from one unit to the next, etc.). The Excel file is on the shared drive in a folder called CACSR Weekly Project Repts. 06. Thanks.

\\Snj1afsfs15\imcg$\CACSR Weekly Project Repts. 06

Jeanne O'Connor
VP, Customer Acquisition, Cross-Sales & Retention
Customer Marketing Group
AXA Equitable/1290 Ave. of the Americas, 7th fl./New York, NY 10104
Phone: (212) 314-2955/Fax: (212) 707-7775
jeanne_o'connor@mony.com

Confidential       AXA/LA002021