# DECLARATION OF

# JEANNE O'CONNOR

# EXHIBIT F

From: Jeanne O'Connor
Sent: Monday, November 20, 2006 2:25:43 PM
To: Cynthia D Stern
Subject: Re: Borrowing PTO Days

Cinday:
Did she ever update the FMLA form?
Jeanne O'Connor
VP, Customer Acquisition, Cross-Sales & Retention
Customer Marketing Group
AXA Equitable/1290 Ave. of the Americas, 7th fl./New York, NY 10104
Phone: (212) 314-2955/Fax: (212) 707-7775
jeanne_o'connor@mony.com


> Cynthia D Stern
> 11/20/2006 12:09 PM
>
>         To: Jeanne O'Connor/Distribution Communication/MONY@AXA-EQUITABLE
>         cc:
>         Subject: Re: Borrowing PTO Days


They are borrowed against the next year's PTO days.


Cindy Stern
Customer Retention & Cross-Sales
Customer Marketing Group
AXA Equitable
1290 Ave. of the Americas, 7th Floor
New York, NY 10104

Phone: 212-314-2906
Fax: 212-707-7478


-----Jeanne O'Connor/Distribution Communication/MONY wrote: -----

To: Cynthia D Stern/NY/AXA-Financial/Equitable@AXA-Equitable
From: Jeanne O'Connor/Distribution Communication/MONY
Date: 11/17/2006 01:28PM
Subject: Re: Borrowing PTO Days

So are borrowed days unpaid or borrowed against the following year?
Jeanne O'Connor
VP, Customer Acquisition, Cross-Sales & Retention
Customer Marketing Group
AXA Equitable/1290 Ave. of the Americas, 7th fl./New York, NY 10104
Phone: (212) 314-2955/Fax: (212) 707-7775
jeanne_o'connor@mony.com
Cynthia D Stern


> Cynthia D Stern
> 11/16/2006 05:21 PM
>
>         To:     Jeanne O'Connor
>         cc:
>         Subject:    Borrowing PTO Days

According to the Management Guide:
Employees with at least one year of service and satisfactory performance may
borrow PTO up to 5 times the monthly PTO accrual (10 days). Borrowing PTO
requires the employee's written request and written approval by the
employee's manager.

Liz has another PTO day scheduled for next week - how do you want to handle?

Cindy Stern
Customer Retention & Cross-Sales
Customer Marketing Group
AXA Equitable
1290 Ave. of the Americas, 7th Floor
New York, NY 10104

Phone: 212-314-2906
Fax: 212-707-7478

Confidential                                                       AXA/LA002089