# DECLARATION OF
# JEANNE O'CONNOR
# EXHIBIT G

Jeanne O'Connor
11/28/2006 01:32 PM

To: Lizabeth J Augustine/NY/AXA-Financial/Equitable@AXA-Equitable
cc:
Subject: Re:

Liz:
My next avail. is Thurs. @ 11 or 4; Friday @ 11:30 or 1:45.

. Let Jeanne O'Connor
VP, Customer Acquisition, Cross-Sales & Retention
Customer Marketing Group
AXA Equitable/1290 Ave. of the Americas, 7th fl./New York, NY 10104
Phone: (212) 314-2955/Fax: (212) 707-7775
jeanne_o'connor@mony.com
Lizabeth J Augustine

Lizabeth J Augustine
11/28/2006 11:02 AM

To: Jeanne O'Connor/Distribution Communication/MONY@AXA-EQUITABLE
cc:
Subject:

Jeanne please let me know if we can meet today.

Thank You

Lizabeth J. Augustine CLU
Manager, Customer Acquisition, Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775
lizabeth.augustine@axa-equitable.com