**DECLARATION OF**

**CYNTHIA D. STERN**

**EXHIBIT E**



Lizabeth J Augustine
Lizabeth Augustine
@axa-equitable.com
01/05/2007 03:48 PM

To: Cynthia D Stern/NY/AXA-Financial/Equitable@AXA-Equitable
cc:
Subject: Schedule

Cindy

As we discussed from Jan – March I need to work from home on Monday. Let me know what you need.

Have a nice weekend.

Liz

Lizabeth J. Augustine CLU
Manager, Customer Acquisition, Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775
lizabeth.augustine@axa-equitable.com

Cindy Stern
AXA Equitable

Confidential                                                                                                   AXA/LA000455