# DECLARATION OF CYNTHIA D. STERN

# EXHIBIT F

From: Lizabeth J Augustine
Sent: Thursday, January 25, 2007 4:07:48 PM
To: Cynthia D Stern
Subject:

Cindy tomorrow I have to take Megan to a Dr.s appt. with her specialist. I will check e mails etc. and leave you a voice message.

Thanks

Lizabeth J. Augustine CLU
Manager, Customer Acquisition, Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775
lizabeth.augustine@axa-equitable.com

Confidential

AXA/LA001146