# DECLARATION OF
# LISA DeROCHE
# EXHIBIT B

From: Lizabeth J Augustine
Sent: Thursday, December 14, 2006 12:49:56 PM
To: Lisa DeRoche
Subject: Re: Meeting

Lisa I am not in tomorrow so I will try to see you after 4 or I will just send you the forms interoffice.

Thanks

Lizabeth J. Augustine CLU
Manager, Customer Acquisition, Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775
lizabeth.augustine@axa-equitable.com

Lisa DeRoche
Lisa.DeRoche
@axa-equitable.com
12/14/2006 12:43 PM

To: Lizabeth J Augustine/NY/AXA-Financial/Equitable@AXA-Equitable
cc:
Subject: Re: Meeting

Not until after 4:00 today or tomorrow after 10.

Lisa A. DeRoche
HR Relationship Manager
212-314-2810 Phone
212-707-1675 Fax
lisa.deroche@axa-equitable.com
_______Be Life Confident_________

Lizabeth J Augustine
Lizabeth.Augustine
@axa-equitable.com
12/14/2006 11:54 AM

To: Lisa DeRoche/NY/AXA-Financial/Equitable@Axa-Equitable
cc:
Subject: Meeting

Lisa

I have forms to bring to you let me know when you may have 15 minutes to review.

Thanks

Liz

Lizabeth J. Augustine CLU
Manager, Customer Acquisition, Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775

lizabeth.augustine@axa-equitable.com