# DECLARATION OF

# LISA DeROCHE

# EXHIBIT C



**Lisa DeRoche**
Lisa.DeRoche
@axa-equitable.com

12/20/2006 09:15 AM

To: Lizabeth J Augustine/NY/AXA-Financial/Equitable@AXA-Equitable
cc:
Subject: Re: Meeting

I am available Wed. after 3:00 or Thurs. after 10.  What time?

Lisa A. DeRoche
HR Relationship Manager
212-314-2810 Phone
212-707-1675 Fax
lisa.deroche@axa-equitable.com
_____Be Life Confident_____
Lizabeth J Augustine


**Lizabeth J Augustine**
Lizabeth.Augustine
@axa-equitable.com

12/19/2006 11:00 AM

To: Lisa DeRoche/NY/AXA-Financial/Equitable@Axa-Equitable
cc:
Subject: Meeting

Lisa

I would like to meet with you for 10 minutes anyday this week - I am not in on Friday. I will then give you all the forms - just need to clarify hours to work section with you.

Thanks

Liz


Lizabeth J. Augustine CLU
Manager, Customer Acquisition, Retention & Cross - Sales
Customer Marketing Group
AXA Equitable
1290 Avenue of the Americas, 7th floor, New York, NY 10104
Office: (212) 314 - 4808
Fax: (212) 707 - 7775
lizabeth.augustine@axa-equitable.com

Confidential