UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

LIZABETH J. AUGUSTINE,

               Plaintiff,        07 Civ. 8362 (RWS)

  - against -                     O R D E R

AXA FINANCIAL, INC. d/b/a AXA
EQUITABLE LIFE INSURANCE CO.,

               Defendant.

----------------------------------------X

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 7/8/08*

**Sweet, D.J.,**

        Plaintiff's Motion to Amend First Complaint will be heard on submission on Wednesday, July 2, 2008. All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

**New York, NY**
~~June~~ 7-1, 2008

                                                    ROBERT W. SWEET
                                                          U.S.D.J.